UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 13-558 |
| Plaintiff, ) | |
| ) | |
| v. ) | DETENTION ORDER |
| ) | |
| ROGER W. PRESLAR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:    Theft of Government Property

<u>Date of Detention Hearing</u>:    November 18, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is charged by Complaint with theft of components used to

DETENTION ORDER
PAGE -1

manufacture and operate Stryker vehicles, made under contract with and in the possession of a federal contractor and stored on a federally leased facility.  The items alleged to have been taken include cable assemblies, power pack interfaces, thermal imaging modules and other components valued at approximately $782,988.59. Defendant allegedly received $35.17 from a recycler for the items.   Some of the components were of a sensitive security nature.

     2.     Defendant does not have a stable residence address and is unemployed.   He has charges pending in Pierce County Superior Court for taking a vehicle without permission, possession of methamphetamine, possession of a stolen vehicle, possession of stolen property and delivery of a controlled substance.

     3.     Defendant's substance abuse history includes current methamphetamine use.

     4.     Defendant poses a risk of nonappearance due to lack of stable residence, lack of employment, current use of illegal drugs and possible mental health issues.   Defendant poses a risk of danger due to pending criminal charges in state court and criminal history, as well as substance abuse.

     5.     There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>18th</u> day of November, 2013.

_____
Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3